# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATALIA DODOVA, as Personal Representative of the ESTATE OF NICKOLAY ALEXANDROV DODOV, and the NICKOLAY DODOV FOUNDATION,<br><br>                Plaintiffs,<br>  v.<br><br>ALASKA HELISKIING LLC,<br><br>                Defendant. | Case No. 1:14-cv-00012-SLG |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Upon consideration of Plaintiffs' Motion for Dismissal (Docket 35) and the Non-Opposition filed by Defendant (Docket 36), the Court hereby GRANTS the motion.

IT IS HEREBY ORDERED that this case is hereby DISMISSED without prejudice, with each party to bear its own attorney's fees and costs.

DATED this 9th day of April, 2015 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE